## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 270 MAL 2021

           Respondent    :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

         v.                        :

ASHLEY ESTHER LEISTER,         :

           Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 9th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.  Further, the Application for Leave to file *Amicus* Brief is **DENIED** as moot.